maurice Stokes

v

maryland State goverment

delaware State government

pennsylvania State government

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JAN 1 3 REC'D

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

I command the above listed government to follow you prophet and become the home of Islam these States give us a stronghold defendable even from america we will build down in the States and have all small brick condo's everybody has their own place even kids and we change everything about how these States live america does not leve or respect Islam but we do So all our armed Forces stay home and preteat our country only in Shifts all soldier live on the outside of the State mostly along the water line that exist and the ones we create because we will build a world of manicured lawn that is all fake we will build a massive world underground one Story at a time because once you build low enough everything Sinks into the ground So we'll build a world of tiny brick condo's with everything you could dream off and still live for free we will imprison the Kuffar by kicking them out because we want every person house and muslim Safe and the kuffar will always have a different interest ALLAH chose all yall for a reason we are all he Saved all other countries fall under me or the fall to me because ALLAH refuses to allow men to destroy his land So I will change life for us and we will all rule no ranks no beefs no hierarchy everybody gets to Shore everything and its all free I call on you to denounce anything besides Islam because I showed you all the proof you need with ALLAHS perfect plans.